UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEVIN CHILDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO. 3:12-CV-005 PS |
| vs. ) | |
| ) | |
| MICHAEL MOLLENHAUER, SCOTT BELL, ) | |
| STEPHEN VANCE, and SANDRA HARRIS, ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

Sandra Harris, by counsel, seeks additional time to respond to the complaint. In the interests of justice, the motion [Doc. No. 27] is **GRANTED** and the deadline for responding is **ENLARGED** to and including May 4, 2012.

SO ORDERED.

DATED: April 9, 2012

 s/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge